# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRISTAN ROBLING

VERSUS

MATTHEW GREATHOUSE

NO.  2021 CW 0970

**AUGUST 16, 2021**

---

In Re:    Matthew Greathouse, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 197006, 190703.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.**  This writ application is untimely. Relator timely filed his notice of intent with the district court and requested a return date of August 9, 2021.  Relator's proposed return date order was signed by the district court, setting the return date for August 9, 2021.  However, the writ application was not filed until August 16, 2021.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT